IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JAMES H. ATWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:04cv00082 |
| v. ) | |
| ) | **ORDER** |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

On December 16, 2004, the Court entered an Order referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his Report and Recommendation on August 10, 2005. After a careful review of the entire record in this case and no objections having been filed to the Magistrate Judge's Report and Recommendation within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's Report in its entirety. Accordingly, it is this day ADJUDGED and ORDERED as follows:

1. The Report and Recommendation of the United States Magistrate Judge, filed August 10, 2005, shall be, and hereby is, adopted in its entirety.

2. This case shall be, and it hereby is, dismissed and stricken from the active docket of this Court.

The Clerk is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

ENTERED this 13th day of September, 2005.

s/Jackson L. Kiser
Senior United States District Judge